**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Matthew Millet,<br>individually and on behalf of all those similarly situated<br><br>PLAINTIFF(S)<br>v.<br>Urgent Home Services d/b/a Service All Stars Heating and Air Comfort<br><br>DEFENDANT(S) | CASE NUMBER<br>8:26-cv-01541<br><br>**APPLICATION FOR REFUND OF FEES; ORDER THEREON** |

*Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.*

**SECTION I**

Name of Applicant: Matthew Millet

Amount Paid: $ 405

Requested Refund Amount: $ 405

Document Title and Docket #: Complaint

D.E. 1

Transaction Date: June 16, 2026

Receipt Number: ______
(If paid by cash/check only)

**Reason for refund request:**

- ☒ Duplicate payment submitted
- ☐ Fee paid even though none was required
- ☐ Overpayment of a required filing fee
- ☐ Pro hac vice application denied (order attached)
- ☐ Other:

**SECTION II** (*Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.*)

Account Holder Name: Gerald D. Lane, Jr.

Pay.gov Tracking ID: ACACDC-42551824

Agency Tracking ID: ______

***PLEASE BE ADVISED THAT THE POLICY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES GENERALLY PROHIBITS THE REFUND OF FILING FEES IN ALL BUT LIMITED CIRCUMSTANCES.***
***(GUIDE TO JUDICIARY POLICY, VOL. 4, CHAP. 6, § 650.)***

***For Court Use Only***

**Fiscal Department**

- ☐ Refund issued.
- ☐ Application for refund denied:
  - ☐ Application seeks refund of fee that was not paid.
  - ☐ Previous court order indicates fee is not to be refunded.
- ☐ Application referred to U.S. District/Magistrate Judge for ruling.

Notes:

IT IS ORDERED that the application for refund of fees is:

☐ GRANTED ☐ DENIED

______
United States District/Magistrate Judge