Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**Case No.: 8:26-cv-01541**

**MATTHEW MILLET,**
*individually and on behalf of all others similarly situated,*

Plaintiff,

**v.**

**URGENT HOME SERVICES INC. D/B/A SERVICE ALL STARS HEATING,**

Defendant.
_______________________________________/

**NOTICE OF ERRATA**

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Plaintiff Matthew Millet hereby provides notice of errata and correction as follows:

On June 16, 2026, Plaintiff filed a duplicative Complaint [D.E. 1] in inadvertent error and apologizes for the confusion. The operative pleading in this matter should be Plaintiff's Complaint filed on June 9, 2026 under case number 8:26-cv-01466 [D.E. 1].

Dated: June 16, 2026

Respectfully Submitted,

**/s/ Gerald D. Lane, Jr.**
**GERALD D. LANE, JR., ESQ.**
California Bar No: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: 754-444-7539

*COUNSEL FOR PLAINTIFF*